**Paul C. HARSHMAN, Appellant in No. 15352,**

**Glenn R. Jacobs, Appellant in No. 15353,**

**Beryl D. Ward, Appellant in No. 15354,**

v.

**WELL SERVICE, INCORPORATED.**

Nos. 15352–15354.

United States Court of Appeals
Third Circuit.

Argued Dec. 6, 1965.

Decided Dec. 17, 1965.

Charles R. Volk, Pittsburgh, Pa., James Hook, Waynesburg, Pa. (Thorp, Reed & Armstrong, Pittsburgh, Pa., on the brief), for appellants.

Paul N. Bowles, Charleston, W. Va. (Stone, Mauzy, Bowles & Kauffelt, Charleston, W. Va., Fred C. Houston, Jr., Houston, Houston & Donnelly, Pittsburgh, Pa., on the brief), for appellee.

Before KALODNER, Chief Judge, and MARIS and FORMAN, Circuit Judges.

PER CURIAM:

On review of the record we find no error. The Order of the District Court will be affirmed for the reasons so well stated in the opinion of Judge Marsh, 248 F.Supp. 953.

**Elliott SHEPPARD, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 19749.

United States Court of Appeals
Ninth Circuit.

Jan. 31, 1966.

Edward I. Gritz, Los Angeles, Cal., for appellant.

Manuel L. Real, U. S. Atty., John K. Van de Kamp, Asst. U. S. Atty., Chief, Crim. Div., J. Brin Schulman, Asst. U. S. Atty., Asst. Chief, Crim. Div., Arthur I. Berman, Asst. U. S. Atty., for appellee.

Before BARNES, JERTBERG and ELY, Circuit Judges.

PER CURIAM:

From an examination of the evidence supporting the conviction of appellant on Count II, we are convinced it was insufficient. The judgment of conviction as to Count II is reversed, and the matter is remanded to the district court with direction to dismiss Count II.

From an examination of the evidence supporting the conviction of appellant on Count III, we are convinced the evidence was sufficient to support the conviction. The evidentiary errors asserted by appellant we find to be without merit, under the circumstances here existing. The judgment of conviction on Count III is affirmed.